Official Form 1 (4/07) Thomson West, Rochester, NY

# United States Bankruptcy Court
**NORTHERN** DISTRICT OF **CALIFORNIA**

## Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Hanf, Mark Dieter** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): **2259** | Last four digits of Soc. Sec./Compete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **38 Richardson Road Novato CA** ZIPCODE **94949** | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Marin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **SAME** ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above): **SAME** ZIPCODE

**Type of Debtor** (Form of organization) (Check **one** box.)

- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business** (Check **one** box.)

- ☐ Health Care Business
- ☒ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001 50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $10,000 | $10,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | Over $100 million |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ |

| Estimated Liabilities | $0 to $50,000 | $50,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Mark Dieter Hanf** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: ***NONE*** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** ________________________________ 8/10/2007

Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

________________________________
(Name of landlord that obtained judgment)

________________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

Mark Dieter Hanf

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Mark Dieter Hanf

Signature of Debtor

X

Signature of Joint Debtor

Telephone Number (if not represented by attorney)

8/10/2007

Date

### Signature of Attorney

X /s/ Martha J. Simon

Signature of Attorney for Debtor(s)

Martha J. Simon 98251

Printed Name of Attorney for Debtor(s)

Law Offices of Martha J. Simon

Firm Name

155 Montgomery St.

Address

Suite 1004

San Francisco CA 94104

415-434-1888

Telephone Number

8/10/2007

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

8/10/2007

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X

(Signature of Foreign Representative)

(Printed name of Foreign Representative)

8/10/2007

(Date)

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re **Mark Dieter Hanf**

Case No.
Chapter 7

**Debtor(s)**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: */s/ Mark Dieter Hanf*

Date: *8/10/2007*

# SUMMARY OF CHAPTER 13 PLAN

Debtor: ***Mark Dieter Hanf***

**Creditors' Claims**

| | | |
|---|---|---|
| Secured Claims per Schedule D: | $ | 902,048.00 |
| Less Unsecured Portions: | $ | 1,754.00 |
| Less Avoided Liens: | $ | 0.00 |
| Net Secured Claims: | $ | 900,294.00 |
| | | |
| Priority Claims per Schedule E: | $ | 0.00 |
| Less Non-priority Portions: | $ | 0.00 |
| Net Priority Claims: | $ | 0.00 |
| | | |
| Unsecured Claims per Schedule F: | $ | 2,301,792.00 |
| + Unsecured Portions from Schedule D: | $ | 1,754.00 |
| + Avoided Liens: | $ | 0.00 |
| + Non-Priority Portions from Schedule E: | $ | 0.00 |
| Total Unsecured Claims: | $ | 2,303,546.00 |

**Debtor's Assets**

| | | |
|---|---|---|
| Market Value of Property: | $ | 1,012,911.00 |
| Less Fully Secured Liens: | $ | 900,294.00 |
| Debtor's Equity: | $ | 112,617.00 |
| Less Exempted Amounts: | $ | 88,000.00 |
| Available to Creditors: | $ | 24,617.00 |

**Outcome under Chapter 7**

| | | |
|---|---|---|
| Available to Creditors: | $ | 24,617.00 |
| Less Administrative Fees: | $ | 2,461.70 |
| Less Payments to Priority Claims: | $ | 0.00 |
| Available for Payment to General Unsecured: | $ | 22,155.30 |
| | | |
| Total General Unsecured Claims: | $ | 2,303,546.00 |
| Percent Distribution: | | 1.00% |

**Outcome under Proposed Plan**

| | | |
|---|---|---|
| Monthly Payments: | $ | 24,840.00 |
| + Other Payments: | $ | |
| Total Payments: | $ | 24,840.00 |
| Less Trustee Fee: | $ | 2,484.00 |
| Less Outstanding Attorney Fee: | $ | 1,000.00 |
| Available to Creditors: | $ | 21,356.00 |
| | | |
| Payments to Priority Claims: | $ | 0.00 |
| Payments to Secured Claims: | $ | 0.00 |
| Payments to Arrearages: | $ | 19,522.44 |
| Payments to Special Unsecured: | $ | 0.00 |
| Payments to General Unsecured: | $ | 0.00 |

## SUMMARY OF CHAPTER 13 PLAN

| | |
|---|---|
| Total General Unsecured Claims: | *$ 2,303,546.00* |
| Percent Distribution: | *0.00%* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re ***Mark Dieter Hanf***

Case No.
Chapter 7

______________________________ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $ *950,000.00* | | |
| B-Personal Property | *Yes* | *3* | $ *38,992.00* | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $ *937,768.00* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $ *0.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *9* | | $ *1,823,500.00* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *3* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $ *8,287.00* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $ *11,338.00* |
| TOTAL | | *23* | $ *988,992.00* | $ *2,761,268.00* | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re *Mark Dieter Hanf*

Case No.
Chapter 7

________________________________ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

**If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.**

☒ **Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.**

### This information is for statistical purposes only under 28 U.S.C. § 159.

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *Mark Dieter Hanf* ______________________ Case No. ______________
Debtor (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of *24* sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *8/10/2007* Signature */s/ Mark Dieter Hanf*
*Mark Dieter Hanf*

In re *Mark Dieter Hanf* / Debtor    Case No.________________
(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *38 Richardson Rd.*<br>*Novato CA 94949* | *Fee Simple* | *C* | *$ 950,000.00* | *$ 916,014.00* |

No continuation sheets attached

**TOTAL $** *950,000.00*
**(Report also on Summary of Schedules.)**

In re *Mark Dieter Hanf* / Debtor Case No. ________ (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account xxx277<br>Location: Wells Fargo Bank | | $ 1,271.00 |
| | | Checking Account xxx773 (co-owned with wife, Lisa Hanf)<br>Entire balance: $430<br>Location: Wells Fargo Bank | | $ 215.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furnishings and household goods<br>Location: In debtor's possession | | $ 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel<br>Location: In debtor's possession | | $ 2,000.00 |
| 7. Furs and jewelry. | | Wedding ring / jewelry<br>Location: In debtor's possession | | $ 5,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such | X | | | |

In re *Mark Dieter Hanf* / Debtor Case No. ____________ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Ameritrade Account: Securities and cash<br>Location: Ameritrade* | | *$ 2,906.00* |
| | | *Stock in Hanf Properties, Inc.<br>Debtor owns 49% in company that was created to be a general partner for other realty companies, none of which have any assets.<br>Location: Hanf Properties, Inc.* | | *$ 0.00* |
| | | *Stock in Delta Pacific Yachts, Inc.<br>Debtor owns 20% of boat dealership which has no assets.<br>Location: Delta Pacific Yachts, Inc.* | | *$ 0.00* |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |



Case: 07-10976 Doc# 1 Filed: 08/13/07 Entered: 08/13/07 10:55:31 Page 13 of 50

In re *Mark Dieter Hanf* / Debtor Case No. ______ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | 2002 530i BMW<br>Location: In debtor's possession | | $ 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment<br>Location: In debtor's possession | | $ 1,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Attorney's retainer<br>Location: Phillip Kreitlein | | $ 1,600.00 |



**Total ➔** $ 38,992.00

**(Report total also on Summary of Schedules.) Include amounts from any continuation sheets attached.**

In re *Mark Dieter Hanf* / Debtor    Case No. ______________ (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b) (2):
☒ 11 U.S.C. § 522(b) (3):

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 38 Richardson Rd. | Calif. C.C.P. §704.730(a)(2) | $ 75,000.00 | $ 950,000.00 |
| Checking Account | Calif. C.C.P. §704.070(b)(2) | $ 1,271.00 | $ 1,271.00 |
| Checking Account | Calif.C.C.P. Sec.704.070(a)(2) | $ 215.00 | $ 215.00 |
| Furnishings and household goods | Calif. C.C.P. §704.020(a) | $ 5,000.00 | $ 5,000.00 |
| Wearing apparel | Calif. C.C.P. §704.020(a) | $ 2,000.00 | $ 2,000.00 |
| Wedding ring / jewelry | Calif. C.C.P. §704.040 | $ 5,000.00 | $ 5,000.00 |
| 2002 530i BMW | Calif. C.C.P. §704.060(d) | $ 0.00 | $ 20,000.00 |
| Office equipment | Calif. C.C.P. §704.060 | $ 1,000.00 | $ 1,000.00 |



Case: 07-10976 Doc# 1 Filed: 08/13/07 Entered: 08/13/07 10:55:31 Page 15 of 50

**Official Form 6D (10/06)** West Group, Rochester, NY

**In re** *Mark Dieter Hanf* , **Case No.** ____________

**Debtor(s)** **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See U.S.C. § 112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primary consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: *9413*<br>*Creditor # : 1*<br>*BMW Financial Services*<br>*5515 Parkcenter Circle*<br>*Dublin OH 43017* | | | *2005*<br>*Automobile loan*<br>*2002 530i BMW*<br>Value: *$ 20,000.00* | | | | *$ 21,754.00* | *$ 1,754.00* |
| Account No: *7072*<br>*Creditor # : 2*<br>*Downey Savings & Loan*<br>*3501 Jamboree Rd. Ste 410*<br>*Newport Beach CA 92660* | *X* | | *2004*<br>*1st Deed of Trust*<br>Value: *$ 950,000.00* | | | | *$ 642,074.00* | *$ 0.00* |
| Account No:<br>*Creditor # : 3*<br>*Innovative Properties, Inc.*<br>*7200 Redwood Blvd.*<br>*Suite 403*<br>*Novato CA 94945* | *X* | | *5/06*<br>*3rd deed of trust*<br>*Residence*<br>Value: *$ 950,000.00* | | | | *$ 42,140.00* | *$ 0.00* |
| 1 continuation sheets attached | | | **Subtotal $** (Total of this page) | | | | *$ 705,968.00* | *$ 1,754.00* |
| | | | **Total $** (Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re *Mark Dieter Hanf*, Debtor(s)

Case No.____________ (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 4<br>Innovative Properties, Inc.<br>7200 Redwood Blvd.<br>Suite 403<br>Novato CA 94945 | | H | pre 2007<br>2nd deed of trust<br>Residence<br>Value: $ 950,000.00 | | | | $ 231,800.00 | $ 0.00 |
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Amount of Claim | Unsecured Portion |
|---|---|---|
| Subtotal $ (Total of this page) | $ 231,800.00 | $ 0.00 |
| Total $ (Use only on last page) | $ 937,768.00 | $ 1,754.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re Mark Dieter Hanf, Debtor(s)    Case No.____________ (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If a "minor child" is stated, also include the name, address and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

In re *Mark Dieter Hanf* , Case No. ______________
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Cotingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *0013*<br>*Creditor # : 1*<br>*Advanta*<br>*P.O. Box 8088*<br>*Philadelphia PA 19101-8088* | *X* | | *pre 2007*<br>*Personal Guaranty*<br>*Olema Ranch Ltd. debt* | | | *X* | *$ 3,212.00* |
| Account No: *3681*<br>*Creditor # : 2*<br>*American Express*<br>*P.O. Box 297871*<br>*Fort Lauderdale FL 33329* | | | *pre 4/07*<br>*Business Debt*<br>*Delta Pactic Yachts debt* | *X* | | | *$ 6,025.00* |
| Account No: *3681*<br>*Representing:*<br>*American Express* | | | *Nationwide Credit*<br>*P.O. Box 740640*<br>*Atlanta GA 30374* | | | | |
| Account No: *5005*<br>*Creditor # : 3*<br>*American Express*<br>*P.O. Box 297871*<br>*Fort Lauderdale FL 33329* | | | *pre 2007*<br>*Credit Card Purchases* | *X* | | | *$ 19,232.00* |

*8* continuation sheets attached

Subtotal $ *$ 28,469.00*

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Mark Dieter Hanf*, Debtor(s)    Case No. ____________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5005<br>Representing:<br>American Express | | | NCO Financial Systems<br>507 Prudential Road<br>Horsham PA 19044 | | | | |
| Account No: 1005<br>Creditor # : 4<br>American Express<br>P.O. Box 0001<br>Los Angeles CA 90096-0001 | X | | Business Debt | | | | $ 5,988.00 |
| Account No: 1005<br>Representing:<br>American Express | | | NCO Financial Systems, Inc.<br>P.O. Box 15760<br>Dept. 07<br>Wilmington DE 19850-5760 | | | | |
| Account No: 1005<br>Representing:<br>American Express | | | Nationwide Credit, Inc.<br>2015 Vaughn Rd., NW<br>Bldg. 400<br>Kennesaw GA 30144-7801 | | | | |
| Account No:<br>Creditor # : 5<br>Arizona State<br>1600 W. Monrow<br>Phoenix AZ 85007-2650 | X | | 2005<br>Sales tax<br>Hanf Properties, Inc.<br>Possible Officer liabilty | X | | | $ 20,000.00 |
| Account No: 7018<br>Creditor # : 6<br>Bowles & Verna<br>Attn: Dean Harper<br>2121 N. California Blvd. #875<br>Walnut Creek CA 94596 | X | | 2006<br>Legal fees<br>Hanf Properties, Inc. | X | | | $ 3,015.00 |

Sheet No. 1 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 29,003.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Mark Dieter Hanf* , Case No.______________
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 49B<br>Creditor # : 7<br>Cazador Investment Co.<br>70 Mitchell Blvd.<br>San Rafael CA 94903 | X | | 3/07<br>Personal Guaranty<br>Hanf Properties, Inc. lease | X | | | Unknown |
| Account No: 49B<br>Representing:<br>Cazador Investment Co. | | | Hoey Company<br>70 Mitchell Blvd.<br>San Rafael CA 94903 | | | | |
| Account No: 7944<br>Creditor # : 8<br>Chase<br>Bank One Card Serv<br>Westerville OH 43081 | | | 2006<br>Credit Card Purchases | | | | $ 36,703.00 |
| Account No: 1087<br>Creditor # : 9<br>Chase<br>800 Brooksedge Blvd<br>Westerville OH 43081 | | | 1999-12-01<br>Credit Card Purchases | | | | $ 20,121.00 |
| Account No: 8664<br>Creditor # : 10<br>Citi<br>P.O. Box 6241<br>Sioux Falls SD 57117 | | | pre 2007<br>Credit Card Purchases | | | | $ 26,528.00 |
| Account No: 2785<br>Creditor # : 11<br>Citi Cards<br>P.O. Box 6003<br>Hagerstown MD 21747 | | | pre 2007<br>Credit Card Purchases | | | | $ 23,923.00 |

Sheet No. 2 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 107,275.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Mark Dieter Hanf*, Case No. ____________

Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 12<br>Ellen Benson<br>2144 Pinar Place<br>Del Mar CA 92014-3348 | X | | 2005<br>Possible officer liability<br>Willow Berm, Ltd. | | | | $ 600,000.00 |
| Account No: 6000<br>Creditor # : 13<br>First Data<br>265 Broad Hollow R<br>Melville NY 11747 | | | 2004<br>Lease deficiency<br>Credit card terminal lease<br>Ladco Leasing | | | | $ 530.00 |
| Account No:<br>Creditor # : 14<br>State of California FTB<br>Bankruptcy Department<br>P.O. Box 2952<br>Sacramento CA 95812-2952 | X | | 2006<br>Payroll taxes<br>Hanf Properties, Inc. debt<br>Possible officer liability | X | | | Unknown |
| Account No:<br>Creditor # : 15<br>Haney Bros.<br>c/o Nancy Hotchkiss, Esq.<br>980 Fulton Avenue<br>Sacramento CA 95825 | | | 4/07<br>Judgment | | | | $ 471,966.00 |
| Account No:<br>Creditor # : 16<br>Harold Hollenbeck<br>701 McClay Rd.<br>Novato CA 94947 | | | | X | | | $ 0.00 |
| Account No: 7343<br>Creditor # : 17<br>Ladco Leasing<br>555 St. Charles Place<br>Thousand Oaks CA 91360 | | | 2003<br>Personal Guaranty<br>Account Nos. 2317343 and 2320486<br>Equipment leases | | | | $ 4,300.00 |

Sheet No. 3 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 1,076,796.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Mark Dieter Hanf* , Debtor(s) Case No. ______ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7343<br>Representing:<br>Ladco Leasing | | | Commercial Debt Recovery<br>P.O. Box 2957<br>Santa Clarita CA 91386-2957 | | | | |
| Account No: 8355<br>Creditor # : 18<br>Media Access Group, Inc.<br>c/o William M. O'Mara, Esq.<br>311 East Liberty Street<br>Reno NV 89501 | | | pre 2007<br>Business Debt | | | | $ 21,156.00 |
| Account No: 4420<br>Creditor # : 19<br>Office Depot Credit Plan<br>P.O. Box 689020<br>Des Moines IA 50368-9020 | | | Business Debt | | | | $ 1,058.00 |
| Account No:<br>Creditor # : 20<br>Philip L. Kreitlen<br>470 E. Plumblane #310<br>Reno NV 89502 | | | For Notice Only<br>Tower v. Hanf Properties, et al. | | | | $ 0.00 |
| Account No: 3626<br>Creditor # : 21<br>Pitney Bowes<br>P.O. Box 856390<br>Louisville KY 40285-6390 | | | pre 2007<br>Possible Personal Guaranty<br>Equipment Lease | X | | | $ 500.00 |
| Account No:<br>Creditor # : 22<br>Sierra Vista Towers HOA<br>c/o Benchmark Premier<br>5250 Neil Rd. #110<br>Reno NV 89502 | | | | X | | | Unknown |

Sheet No. 4 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 22,714.00 |
| Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | |

In re *Mark Dieter Hanf*, Debtor(s)　　　　Case No. ______ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 23<br>Staples<br>P.O. Box 9020<br>Des Moines IA 50368 | X | | Business Debt<br>Olema Ranch debt | X | | | Unknown |
| Account No:<br>Creditor # : 24<br>State of California<br>Board of Equalization<br>P.O. Box 942879<br>Sacramento CA 94279-8022 | X | | 2005<br>Sales tax<br>Delta Pacfic Yachts, Inc.<br>Possible officer liabilty | X | | | $ 200,000.00 |
| Account No:<br>Creditor # : 25<br>Steven P. Brazelton<br>Law Office<br>555 South Center St. #100<br>Reno NV 89501 | | | 6/07<br>Lawsuit<br>Tower v. Hanf Proerties, et. al | | | | $ 0.00 |
| Account No:<br>Creditor # : 26<br>Tower Financial<br>3110 Judson St.<br>Suite 163<br>Gig Harbor WA 98355 | | | 2003<br>Personal Guaranty<br>Equipment lease | | | | $ 45,652.00 |
| Account No: 0008<br>Creditor # : 27<br>U.S. Bank<br>101 5th St E<br>Suite A<br>Saint Paul MN 55101 | | | pre 2007<br>Line of Credit | | | | $ 26,767.00 |
| Account No: 0008<br>Representing:<br>U.S. Bank | | | U.S. Bank<br>P.O. Box 790408<br>St. Louis MO 63179-0408 | | | | |

Sheet No. 5 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 272,419.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Mark Dieter Hanf* , Case No.______________

Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3808<br>Creditor # : 28<br>U.S. Department of Treasury<br>IRS Insolvency Unit<br>P.O. Box 21126<br>Philadelphia PA 19114 | | | 6/30/06<br>Business Debt<br>Hanf Properties, Inc.<br>Federal Employment Tax debt | X | | X | $ 48,392.00 |
| Account No: 3308<br>Creditor # : 29<br>U.S. Department of Treasury<br>IRS Insolvency Unit<br>P.O. Box 21126<br>Philadelphia PA 19114 | | | 9/30/06<br>Business Debt<br>Hanf Properties, Inc.<br>Federal Employment Tax debt | X | | X | $ 35,115.00 |
| Account No: 3308<br>Creditor # : 30<br>U.S. Department of Treasury<br>IRS Insolvency Unit<br>P.O. Box 21126<br>Philadelphia PA 19114 | | | 12/31/06<br>Business Debt<br>Hanf Properties, Inc.<br>2006 Federal unemployment tax debt | X | | X | $ 2,236.00 |
| Account No: 3308<br>Creditor # : 31<br>U.S. Department of Treasury<br>IRS Insolvency Unit<br>P.O. Box 21126<br>Philadelphia PA 19114 | | | 12/31/06<br>2006 taxes<br>Hanf Properties, Inc.<br>Federal Employment Tax debt | X | | X | $ 15,767.00 |
| Account No:<br>Creditor # : 32<br>U.S. Department of Treasury<br>IRS Insolvency Unit<br>P.O. Box 21126<br>Philadelphia PA 19114 | | | For Notice Only | | | | $ 0.00 |
| Account No: 9723<br>Creditor # : 33<br>Wells Fargo Bank<br>P.O. Box 5445<br>Portland OR 97228 | | | current<br>Credit Card Purchases | | | | $ 12,852.00 |

Sheet No. 6 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ *$ 114,362.00*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Mark Dieter Hanf*, Debtor(s) — Case No. ______ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9723<br>Representing:<br>Wells Fargo Bank | | | The Best Service Company<br>10780 Santa Monica Blvd.<br>Suite 140<br>Los Angeles CA 90025 | | | | |
| Account No: 5322<br>Creditor # : 34<br>Wells Fargo Business Credit<br>P.O. Box 348750<br>Sacramento CA 95834 | X | | 2006<br>Possible Personal Guaranty<br>Willow Berm Ltd. | X | | | $ 21,521.00 |
| Account No: 4894<br>Creditor # : 35<br>Wells Fargo Business Credit<br>P.O. Box 348750<br>Sacramento CA 95834 | X | | 2006<br>Possible Personal Guaranty<br>Horst Hanf | X | | | $ 122,445.00 |
| Account No: 5226<br>Creditor # : 36<br>Wells Fargo Business Credit<br>P.O. Box 348750<br>Sacramento CA 95834 | X | | 2006<br>Possible Personal Guaranty<br>Linda Hartman-Cronk | X | | | $ 54.00 |
| Account No: 5234<br>Creditor # : 37<br>Wells Fargo Business Credit<br>P.O. Box 348750<br>Sacramento CA 95834 | X | | 2006<br>Possible Personal Guaranty<br>James Urquhart debt | X | | | $ 144.00 |
| Account No: 5242<br>Creditor # : 38<br>Wells Fargo Business Credit<br>P.O. Box 348750<br>Sacramento CA 95834 | | | Credit Card Purchases - business | | | | $ 4,342.00 |

Sheet No. 7 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ *$ 148,506.00*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Mark Dieter Hanf*, Case No. ____________

Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5210<br>Creditor # : 39<br>Wells Fargo Business Credit<br>P.O. Box 348750<br>Sacramento CA 95834 | X | | 2006<br>Possible Personal Guaranty<br>Horst Hanf debt | X | | | $ 5,263.00 |
| Account No:<br>Creditor # : 40<br>Woodburn & Wedge<br>Blain Andrus/Chris Wacker<br>6100 Neil Rd. #500<br>P.O. Box 2311 Reno NV 89505 | X | | 2006-2007<br>Legal fees<br>Reno-Sierra Vista Partners, LLC<br>Hanf Properties, Inc. | X | | | $ 18,693.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. 8 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 23,956.00

Total $ $ 1,823,500.00

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Mark Dieter Hanf* / Debtor Case No. ____________ (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| **Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract** | **Description of Contract or Lease and Nature of Debtor's Interest.** State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re *Mark Dieter Hanf* / Debtor Case No. ____________ (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Lisa M. Hanf<br>38 Richardson Rd.<br>Novato CA 94949 | Downey Savings & Loan<br>3501 Jamboree Rd. Ste 410<br>Newport Beach CA 92660 |
| | Innovative Properties, Inc.<br>7200 Redwood Blvd.<br>Suite 403<br>Novato CA 94945 |
| Delta Pacific Yachts, Inc.<br>250 Bel Marin Blvd. Ste. G4<br>Novato CA 94949 | American Express<br>P.O. Box 0001<br>Los Angeles CA 90096-0001 |
| | State of California<br>Board of Equalization<br>P.O. Box 942879<br>Sacramento CA 94279-8022 |
| Hanf Properties, Inc.<br>P.O. Box 5668<br>Novato CA 94948 | Arizona State<br>1600 W. Monrow<br>Phoenix AZ 85007-2650 |
| | Bowles & Verna<br>Attn: Dean Harper<br>2121 N. California Blvd. #875<br>Walnut Creek CA 94596 |
| | Cazador Investment Co.<br>70 Mitchell Blvd.<br>San Rafael CA 94903 |
| | State of California FTB<br>Bankruptcy Department<br>P.O. Box 2952<br>Sacramento CA 95812-2952 |

In re *Mark Dieter Hanf* / Debtor    Case No. ____________ (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *Woodburn & Wedge*<br>*Blain Andrus/Chris Wacker*<br>*6100 Neil Rd. #500*<br>*P.O. Box 2311 Reno NV 89505* |
| *Horst Hanf*<br>*22 Lupine Circle*<br>*Novato CA 94947* | *Wells Fargo Business Credit*<br>*P.O. Box 348750*<br>*Sacramento CA 95834* |
| | *Wells Fargo Business Credit*<br>*P.O. Box 348750*<br>*Sacramento CA 95834* |
| *James Urquhart*<br>*191 Eckman*<br>*Petaluma CA 94953* | *Wells Fargo Business Credit*<br>*P.O. Box 348750*<br>*Sacramento CA 95834* |
| *Linda Hartman-Cronk*<br>*1013 Sunhill Circle*<br>*El Sobrante CA 94803* | *Wells Fargo Business Credit*<br>*P.O. Box 348750*<br>*Sacramento CA 95834* |
| *Olema Ranch, Ltd.*<br>*P.O. Box 5668*<br>*Novato CA 94948* | *Advanta*<br>*P.O. Box 8088*<br>*Philadelphia PA 19101-8088* |
| | *Staples*<br>*P.O. Box 9020*<br>*Des Moines IA 50368* |
| *Reno-Sierra Vista Partners LLC* | *Woodburn & Wedge*<br>*Blain Andrus/Chris Wacker*<br>*6100 Neil Rd. #500*<br>*P.O. Box 2311 Reno NV 89505* |
| *Willow Berm Ltd.*<br>*250 Bel Marin Keys Blvd.*<br>*Suite G4*<br>*Novato CA 94949* | *Ellen Benson*<br>*2144 Pinar Place*<br>*Del Mar CA 92014-3348* |
| | *Innovative Properties, Inc.*<br>*7200 Redwood Blvd.*<br>*Suite 403*<br>*Novato CA 94945* |

In re *Mark Dieter Hanf* / Debtor Case No. ______ (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *Wells Fargo Business Credit*<br>*P.O. Box 348750*<br>*Sacramento CA 95834* |

In re *Mark Dieter Hanf*, Debtor(s)

Case No. ______ (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| *Married* | *Daughter* | *11* |
| | *Daughter* | *5* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Real Estate Agent* | *Real Estate Agent* |
| Name of Employer | *Pacific Equity and Capital* | *self employed* |
| How Long Employed | *5 months* | *1 year* |
| Address of Employer | *1299 4th Street*<br>*San Rafael CA 94901* | *38 Richardson Rd.*<br>*Novato CA 94949* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 5,000.00 | $ 3,287.00 |
| 2. Estimate Monthly Overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 5,000.00 | $ 3,287.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 5,000.00 | $ 3,287.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from Real Property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social Security or government assistance<br>Specify: | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>Specify: | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 5,000.00 | $ 3,287.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 8,287.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re *Mark Dieter Hanf* , Debtor(s)

Case No. ______ (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 4,442.00 |
| a. Are real estate taxes included? Yes ☐ No ☒ | |
| b. Is property insurance included? Yes ☒ No ☐ | |
| 2. Utilities: a. Electricity and heating fuel | $ 300.00 |
| b. Water and sewer | $ 40.00 |
| c. Telephone | $ 0.00 |
| d. Other *Cable/DSL* | $ 110.00 |
| Other *Cell phone/Telephone* | $ 245.00 |
| Other *Garbage collection* | $ 40.00 |
| 3. Home maintenance (repairs and upkeep) | $ 280.00 |
| 4. Food | $ 700.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 25.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 133.00 |
| b. Life | $ 45.00 |
| c. Health | $ 400.00 |
| d. Auto | $ 200.00 |
| e. Other | $ 0.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) *Estimated taxes* | $ 2,500.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 1,023.00 |
| b. Other: *Daughter's school* | $ 250.00 |
| c. Other: | $ 0.00 |
| d. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: *Children extracurricular* | $ 195.00 |
| Other: *HOA assessment* | $ 10.00 |
| Other: | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 11,338.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 16 of Schedule I | $ 8,287.00 |
| b. Average monthly expenses from Line 18 above | $ 11,338.00 |
| c. Monthly net income (a. minus b.) | $ (3,051.00) |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re: ***Mark Dieter Hanf*** Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating “a minor child.” See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *2007: $ 39,000* | *Employment* |
| *2006: $ 68,129* | |
| *2005: $125,197* | |

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *2007: $200 (approximate)* | *Interest prior to closing Circle Bank account* |
| *2006: $4,267; $353; $27* | *Tax Refund; Interest; Dividends* |
| *2005: $4,489; $685* | *Tax refund; Interest* |

## 3. Payments to creditors

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Downey Savings* | *paid monthly* | *$4,309/month* | *$640,294* |

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Media Access Group, Inc. v. Hanf Properties, Inc., et al. Case No. CV06-02906* | *Collections action* | *Second Judicial District Court of Nevada, County of Washoe* | *Pending* |
| *Haney Bros. v. Delta Pacific Yachts, Inc., et al. Case No. SCV 19419* | *Collections re lease* | *Superior Court of California, Placer County* | *Judgment in the amount of $471,966.00 entered 4/07* |
| *Mervelyn S. Tower, as Trustee of the Mervelyn S. Tower Revocable Trust 2002 v. Hanf Properties, Inc., et. al Case No. CV07-00027* | *Breach of Contract and related actions* | *Second Judicial District Court In and For the County of Washow, State of Nevada* | *Complaint filed 6/13/07* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Martha J. Simon*<br>*155 Montgomery St.*<br>*Suite 1004*<br>*San Francisco, CA 94104* | *8/07* | *$3,000.00* |

## 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the

debtor is a benificiary.

☒ NONE

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Circle Bank*<br>*1400-A Grant Avenue*<br>*Novato, CA 94945* | *Money Market Account*<br>*xxx3996*<br>*Final Balance: 0* | *3/20/07* |

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

*Lisa M. Hanf - married 1994*

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.



Case: 07-10976 Doc# 1 Filed: 08/13/07 Entered: 08/13/07 16:55:31 Page 37 of 50

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

---

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

---

**18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Hanf Properties, Inc. (HPI) Debtor is President and 49% shareholder.* | *68-03333308* | *Real estate company, created to be a general partner and/or member of LLCs, none of which currently have any assets, including Willow Berm, Ltd. (ID #68-0333710), Olema Ranch Ltd. (ID #68-0166033) and Reno-Sierra Vista Partners, LLC.* | *1994 - date* |
| *Delta Pacific Yachts, Inc. Debtor is 20% shareholder* | *68-0430529* | *Boat dealership - dealership closed 4/05; Corporation has not been dissolved* | *1999 - 2006* |

---

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Diane Davies*<br>*100 Smith Ranch Rd. #320*<br>*San Rafael CA 94903* | *2000 - 2007* |

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

*Mark D. Hanf*
*38 Richardson Road*
*Novato, CA 94940*

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

☒ NONE

**20. Inventories**

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

☒ NONE

**21. Current Partners, Officers, Directors and Shareholders**

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.



Case: 07-10976 Doc# 1 Filed: 08/13/07 Entered: 08/13/07 16:55:31 Page 39 of 50

☒ NONE

## 22. Former partners, officers, directors and shareholders

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

## 23. Withdrawals from a partnership or distribution by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

☒ NONE

## 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

☒ NONE

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 8/10/2007 Signature of Debtor /s/ Mark Dieter Hanf

Date ____________ Signature of Joint Debtor (if any) ____________



Case: 07-10976 Doc# 1 Filed: 08/13/07 Entered: 08/13/07 16:55:31 Page 40 of 50

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re *Mark Dieter Hanf*

Case No.
Chapter 7

_______________________________________________ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *38 Richardson Rd.* | *Downey Savings & Loan* | | *X* | | |
| *2002 530i BMW* | *BMW Financial Services* | | *X* | | |
| *38 Richardson Rd.* | *Innovative Properties, Inc.* | | *X* | | |
| " | *Innovative Properties, Inc.* | | *X* | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: *8/10/2007* Debtor: */s/ Mark Dieter Hanf*

Date: ____________ Joint Debtor: ____________

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re *Mark Dieter Hanf* Case No.
Chapter 7

/ Debtor

Attorney for Debtor: *Martha J. Simon*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *3,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ *3,000.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $ *0.00*

3. $ *299.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *8/10/2007* Respectfully submitted,

X */s/ Martha J. Simon*

Attorney for Petitioner: *Martha J. Simon*
*Law Offices of Martha J. Simon*
*155 Montgomery St.*
*Suite 1004*
*San Francisco CA 94104*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re ***Mark Dieter Hanf***

Case No.
Chapter **7**

______________________________ / Debtor

Attorney for Debtor: ***Martha J. Simon***

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix includes the names and addresses of all creditors listed on the debtor's schedules.

Dated: *8/10/2007*

*/s/ Martha J. Simon*
Debtor's Attorney

Advanta
P O  Box 8088
Philadelphia  PA  19101-8088

American Express
P O  Box 297871
Fort Lauderdale  FL  33329

American Express
P O  Box 0001
Los Angeles  CA  90096-0001

Arizona State
1600 W  Monrow
Phoenix  AZ  85007-2650

BMW Financial Services
5515 Parkcenter Circle
Dublin  OH  43017

Bowles & Verna
Attn  Dean Harper
2121 N  California Blvd  #875
Walnut Creek  CA  94596

Cazador Investment Co
70 Mitchell Blvd
San Rafael  CA  94903

Chase
Bank One Card Serv
Westerville OH 43081

Chase
800 Brooksedge Blvd
Westerville OH 43081

Citi
P O Box 6241
Sioux Falls SD 57117

Citi Cards
P O Box 6003
Hagerstown MD 21747

Commercial Debt Recovery
P O Box 2957
Santa Clarita CA 91386-2957

Downey Savings & Loan
3501 Jamboree Rd Ste 410
Newport Beach CA 92660

Ellen Benson
2144 Pinar Place
Del Mar CA 92014-3348

First Data
265 Broad Hollow R
Melville  NY  11747

State of California FTB
Bankruptcy Department
P O  Box 2952
Sacramento  CA  95812-2952

Haney Bros
c/o Nancy Hotchkiss  Esq
980 Fulton Avenue
Sacramento  CA  95825

Harold Hollenbeck
701 McClay Rd
Novato  CA  94947

Hoey Company
70 Mitchell Blvd
San Rafael  CA  94903

Innovative Properties  Inc
7200 Redwood Blvd
Suite 403
Novato  CA  94945

Ladco Leasing
555 St  Charles Place
Thousand Oaks  CA  91360

Media Access Group  Inc
c/o William M  O'Mara  Esq
311 East Liberty Street
Reno  NV  89501

Nationwide Credit
P O  Box 740640
Atlanta  GA  30374

Nationwide Credit  Inc
2015 Vaughn Rd   NW
Bldg  400
Kennesaw  GA  30144-7801

NCO Financial Systems
507 Prudential Road
Horsham  PA  19044

NCO Financial Systems  Inc
P O  Box 15760
Dept  07
Wilmington  DE  19850-5760

Office Depot Credit Plan
P O  Box 689020
Des Moines  IA  50368-9020

Philip L  Kreitlen
470 E  Plumblane #310
Reno  NV  89502

Pitney Bowes
P O  Box 856390
Louisville  KY  40285-6390

Sierra Vista Towers HOA
c/o Benchmark Premier
5250 Neil Rd  #110
Reno  NV  89502

Staples
P O  Box 9020
Des Moines  IA  50368

State of California
Board of Equalization
P O  Box 942879
Sacramento  CA  94279-8022

Steven P  Brazelton
Law Office
555 South Center St   #100
Reno  NV  89501

The Best Service Company
10780 Santa Monica Blvd
Suite 140
Los Angeles  CA  90025

Tower Financial
3110 Judson St
Suite 163
Gig Harbor  WA  98355

U S  Bank
P O  Box 790408
St  Louis  MO  63179-0408

U S  Bank
101 5th St E
Suite A
Saint Paul  MN  55101

U S  Department of Treasury
IRS Insolvency Unit
P O  Box 21126
Philadelphia  PA  19114

Wells Fargo Bank
P O  Box 5445
Portland  OR  97228

Wells Fargo Business Credit
P O  Box 348750
Sacramento  CA  95834

Woodburn & Wedge
Blain Andrus/Chris Wacker
6100 Neil Rd   #500
P O  Box 2311   Reno NV  89505

Certificate Number: 00134-CAN-CC-002261626

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 27, 2007, at 1:56 o'clock PM PDT,

Mark Hanf received from

Cricket Debt Counseling,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of California, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: July 27, 2007

By /s/Angelia Johnson

Name Angelia Johnson

Title Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).