**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| **IN RE:**<br>**HANF, MARK DIETER**<br><br>**(Debtors)** | **Case No. 07-10976**<br>**Chapter 7** |

**NOTICE OF FILING FINAL REPORT OF TRUSTEE AND OF HEARING ON APPLICATION FOR COMPENSATION**

PLEASE TAKE NOTICE THAT Andrea Wirum, Ch 7 Trustee, trustee in the above styled case has filed a Final Report of Estate and the trustee's professionals have filed final fee applications. **Notice is also given** that a hearing will be held to act on the applications for compensation. Objections to the Trustee's Final Report and Applications must be filed and served no later than 5 days before the date of the hearing. Any objections will be heard on the date set forth below. **Attendance by creditors is welcome but not required.**

DATE: June 27, 2008 TIME: 10:30 a.m.

LOCATION: United States Bankruptcy Court, 99 South E Street, Santa Rosa, California

| | |
|---|---|
| The Trustee's Final Report shows receipts of | $2,686.26 |
| and disbursements of | $0.00 |
| leaving a balance of | $2,686.26 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Applicants | Retainers or Payment on Account | Interim Fees Awarded | Current Fees Requested | Current Expenses Requested |
|---|---|---|---|---|
| Andrea Wirum, Ch 7 Trustee, Trustee | $0.00 | $0.00 | $671.57 | $21.32 |

Administrative expenses as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any payment to general unsecured creditors.

Claims of secured creditors totaling $653,679.91 have been allowed and will be paid pro rata only after all allowed administrative claims have been paid in full. The secured dividend is anticipated to be 0.0000%. Allowed secured claims are as follows:

| | Claimant | Allowed Amount | Paid to Date | Proposed Distribution |
|---|---|---|---|---|
| 000001 | BMW Financial Services Na, LLC | $0.00 | $0.00 | $0.00 |
| 000009 | Downey Savings & Loan | $653,679.91 | $0.00 | $0.00 |

There are no priority claimants.

Claims of unsecured timely filed creditors totaling $237,329.98 have been allowed and will be paid pro rata only after all allowed administrative, secured and priority claims have been paid in full. The unsecured timely filed dividend is anticipated to be 0.8399%. Allowed unsecured timely filed claims are as follows:

| | Claimant | Allowed Amount | Paid to Date | Proposed Distribution |
|---|---|---|---|---|
| 000002 | Wells Fargo Bank, N.A. | $11,835.61 | $0.00 | $99.41 |
| 000003 | Chase Bank USA | $20,121.29 | $0.00 | $169.00 |
| 000004 | Us Bank / Retail Payment Solutions | $28,114.47 | $0.00 | $236.14 |

| | | | | |
|---|---|---|---|---|
| 000005 | Ladco Leasing | $2,000.11 | $0.00 | $16.80 |
| 000006 | Steven P. Brazelton | $150,000.00 | $0.00 | $1,259.87 |
| 000007 | American Express Centurion Bank | $19,232.77 | $0.00 | $161.54 |
| 000008 | American Express Bank FSB | $6,025.73 | $0.00 | $50.61 |

Dated: May 14, 2008

/s/
Andrea Wirum, Ch 7 Trustee
Chapter 7 Panel Trustee

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE



The following entities were served by first class mail on Jun 04, 2008.

db +Mark Dieter Hanf, 38 Richardson Road, Novato, CA 94949-6170
cr +Downey Savings & Loan Association, F.A., 3501 Jamboree Road, Attn: Eloise Carillo-Bankruptcy Dept., Newport Beach, CA 92660-2980
8856143 Advanta, P O Box 8088, Philadelphia PA 19101-8088
8856145 American Express, P O Box 0001, Los Angeles CA 90096-0001
8856144 +American Express, P O Box 297871, Fort Lauderdale FL 33329-7871
9056685 American Express Bank FSB, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701
9056684 American Express Centurion Bank, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701
8856146 +Arizona State, 1600 W Monrow, Phoenix AZ 85007-2612
8856147 ++BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306
(address filed with court: BMW Financial Services, 5515 Parkcenter Circle, Dublin OH 43017)
8974191 +BMW Financial Services NA, LLC, 5550 Britton Pkwy, Hilliard, OH 43026-7456
8856148 +Bowles & Verna, Attn Dean Harper, 2121 N California Blvd #875, Walnut Creek CA 94596-7387
8856149 +Cazador Investment Co, 70 Mitchell Blvd, San Rafael CA 94903-2042
8856150 Chase, Bank One Card Serv, Westerville OH 43081
8856151 +Chase, 800 Brooksedge Blvd, Westerville OH 43081-2822
8988589 Chase Bank USA, c o Weinstein and Riley, PS, po box 3978, seattle, WA 98124-3978
8856152 +Citi, P O Box 6241, Sioux Falls SD 57117-6241
8856153 +Citi Cards, P O Box 6003, Hagerstown MD 21747-6003
8856154 Commercial Debt Recovery, P O Box 2957, Santa Clarita CA 91386-2957
8856156 Ellen Benson, 2144 Pinar Place, Del Mar CA 92014-3348
8856157 +First Data, 265 Broad Hollow R, Melville NY 11747-4802
8856159 +Haney Bros, c/o Nancy Hotchkiss Esq, 980 Fulton Avenue, Sacramento CA 95825-4558
8856160 +Harold Hollenbeck, 701 McClay Rd, Novato CA 94947-3862
8856161 +Hoey Company, 70 Mitchell Blvd, San Rafael CA 94903-2042
8856162 +Innovative Properties Inc, 7200 Redwood Blvd, Suite 403, Novato CA 94945-3249
8856163 +Ladco Leasing, 555 St Charles Dr., #200, Thousand Oaks CA 91360-3985
8856164 +Media Access Group Inc, c/o William M O'Mara Esq, 311 East Liberty Street, Reno NV 89501-2212
8856167 +NCO Financial Systems, 507 Prudential Road, Horsham PA 19044-2368
8856168 NCO Financial Systems Inc, P O Box 15760, Dept 07, Wilmington DE 19850-5760
8856165 +Nationwide Credit, P O Box 740640, Atlanta GA 30374-0640
8856166 +Nationwide Credit Inc, 2015 Vaughn Rd NW, Bldg 400, Kennesaw GA 30144-7802
8856169 Office Depot Credit Plan, P O Box 689020, Des Moines IA 50368-9020
8856170 +Philip L Kreitlen, 470 E Plumblane #310, Reno NV 89502-3539
8856171 Pitney Bowes, P O Box 856390, Louisville KY 40285-6390
8856172 +Sierra Vista Towers HOA, c/o Benchmark Premier, 5250 Neil Rd #110, Reno NV 89502-6546
8856173 +Staples, P O Box 9020, Des Moines IA 50368-9020
8856174 +State Board of Equalization, Special Procedures Section, MIC:55, PO Box 942879, Sacramento CA 94279
8856158 State of California FTB, Bankruptcy Department, P O Box 2952, Sacramento CA 95812-2952
8856175 +Steven P Brazelton, Law Office, 555 South Center St #100, Reno NV 89501-2257
9004174 +Steven P. Brazelton, 520 Holcomb Ave., Reno, NV 89502-1802
8856176 +The Best Service Company, 10780 Santa Monica Blvd, Suite 140, Los Angeles CA 90025-7613
8856177 +Tower Financial, 3110 Judson St, Suite 163, Gig Harbor WA 98335-1254
8856179 +U S Bank, 101 5th St E, Suite A, Saint Paul MN 55101-1860
8856180 +U S Department of Treasury, IRS Insolvency Unit, P O Box 21126, Philadelphia PA 19114-0326
8856178 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: U S Bank, P O Box 790408, St Louis MO 63179-0408)
8995103 +US Bank / Retail Payment Solutions, PO Box 5229, Cincinnati, OH 45201-5229
8856181 +Wells Fargo Bank, P O Box 5445, Portland OR 97228-5445
8983766 +Wells Fargo Bank, N.A., c/o Wells Fargo Card Services, Recovery Department, P.O. Box 9210, Des Moines, IA 50306-9210
8856182 +Wells Fargo Business Credit, P O Box 348750, Sacramento CA 95834-8750
8856183 +Woodburn & Wedge, Blain Andrus/Chris Wacker, 6100 Neil Rd #500, P O Box 2311 Reno NV 89511-1159

The following entities were served by electronic transmission on Jun 03, 2008.

8856155 +E-mail/Text: joeydeleon@downeysavings.com Downey Savings & Loan, 3501 Jamboree Rd Ste 410, Newport Beach CA 92660-2939

TOTAL: 1

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2008** **Signature:** Joseph Speetjens